# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Matthew J. Dykman**
**Clerk of Court**

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

August 21, 2017

Third Judicial District Court
201 W. Picacho
Las Cruces, NM 88005

**RE: Steven M. Elias VS. Mark Bieri, M.D et. al**

**No. 17-CV-785 SMV/GBW**

Dear Sir or Madam:

Please find enclosed a certified copy of the Order of Remand signed by U.S. Magistrate Judge Stephan M. Vidamr, along with copies of the entire original case file remanding this case to your Court.

Please acknowledge receipt of these records by returning a copy of this letter to this office.

MATTHEW J. DYKMAN, Clerk

By: _____
Deputy Clerk

Enclosures
cc: Counsel of Record

Acknowledged by: _____